IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| WALTERMAN - THE RENTAL COMPANY, INC, | ) ) | |
| Appellant, | ) ) | C06-0149 EJM |
| vs. | ) ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| RENEE K HANRAHAN, US TRUSTEE, | ) ) | |
| Appellees. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Judgment of the Bankruptcy Court is affirmed. Appellant take nothing and this case is dismissed.

Pridgen J. Watkins
Clerk of Court

s/src
Deputy Clerk

Dated: April 20, 2007